Janet W. JONES, Plaintiff–Appellant,

v.

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES, Division of Mental Health, Developmental Disabilities and Substance Abuse Services, Defendant–Appellee.

No. 01–1317.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Janet W. Jones, pro se. Dorothy Powers, North Carolina Department of Justice, Raleigh, NC, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Janet W. Jones appeals the district court's order granting Appellee's motion for summary judgment in her employment discrimination action. We have reviewed

the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See *Jones v. North Carolina Dep't of Human Resources*, No. CA–99–833–5–BR (E.D.N.C. Feb. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*